**Order entered February 18, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00061-CV

### IN RE LAKSHMI SAINEHA DHARMAPURAM, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-1806428-E**

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ERIN A. NOWELL
       JUSTICE